NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERYC CUEVAS, DOC #T51495,              )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D17-3575
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____)

Opinion filed February 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Ramario Manalich, Judge.

Eryc Cuevas, pro se.

PER CURIAM.

          Affirmed.

CRENSHAW, LUCAS, and BADALAMENTI, JJ., Concur.